IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN DILLARD, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    **CASE NO. 2:87-CV-1225** |
| | ) |
| **CITY OF GUIN,** | ) |
| | ) |
|     **Defendant.** | ) |

## MOTION TO DISMISS

The City of Guin, defendant in this action, by and through the undersigned liaison counsel, moves to dismiss this action in its entirety for the following reasons:

1.  In a Consent Decree and Order entered on June 17, 1988, that has applied to this day, this Court directed, among other things, that the City Council "consist of 7 members elected at-large, without designated or numbered places, and with the 7 candidates receiving the most votes being elected and each voter casting up to 7 votes."

2.  In Act No. 2006-252, the Alabama Legislature provided a state-law basis for the remedial order entered in this case. The Legislature further provided that the size of the City Council, its method of election, or both, can be changed by general or local law in the future. Act No. 2006-252 was precleared on July 19, 2006, and is therefore effective.

3.  In the past, federal court orders, some entered by consent and some entered without the consent of the defendants, changing the size of the local governing body, its method of election, or both, have been challenged on the ground that they may

have exceeded the court's remedial powers, conflicted with state law or both. With respect to the City of Guin, Act No. 2006-252 moots any such contention.

  4. The dismissal of this case will leave the cumulative voting scheme and seven-member Council in place.

  5. The Dillard Plaintiffs have no objection to the dismissal of this action and do not claim an attorneys' fee from this defendant.

  6. A proposed Consent Final Judgment is attached to this Motion as Exhibit 1 and, pursuant to Order No. 689 (Aug. 21, 2006) in *Dillard v. Crenshaw County Commission*, an electronic copy will also be transmitted to the court as an attachment to an e-mail message.

  WHEREFORE this case should be dismissed.

          Respectfully submitted,

          **s/ John J. Park, Jr.**
          John J. Park, Jr. Bar Number:  PAR041
          Assistant Attorney General
          Office of the Attorney General
          11 S. Union Street
          Montgomery, AL  36130-0152
          Telephone:  (334) 242-7300/Fax:  (334) 353-8440
          E-mail:  jpark@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James U. Blacksher
jblacksher@ns.sympatico.ca

David R. Boyd
dboyd@balch.com

Edward Still
still@votelaw.com

Norman J. Chachkin
nchachkin@naacpldf.org

and that a true and correct copy of the foregoing has been furnished by United States Mail to the following:

Ernest G. Hester
Post Office Box 569
Guin, AL 35563

        **s/ John J. Park, Jr.**
        John J. Park, Jr. Bar Number: PAR041
        Assistant Attorney General
        Office of the Attorney General
        11 S. Union Street
        Montgomery, AL 36130-0152
        Telephone: (334) 242-7300/Fax: (334) 353-8440
        E-mail: jpark@ago.state.al.us