IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,      )
                           )
    Plaintiffs,            )
                           )
    v.                     )     CIVIL ACTION NO.
                           )     2:87cv1225-MHT
CITY OF GUIN,              )        (WO)
                           )
    Defendant.             )
```

CONSENT FINAL JUDGMENT

There being no objection to defendant City of Guin's motion for final dismissal of this action filed August 30, 2006 (Doc. No. 2); and Alabama Act No. 2006-252 having received § 5 preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Said motion is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order of this court entered June 17, 1988, providing that the City Council of the City of Guin shall be composed of seven members

elected at large, without designated or numbered places, with the seven candidates receiving the most votes being elected and each voter casting up to seven votes.

(3) The injunction contained in the prior judgment of this court to the extent it pertains to defendant City of Guin is dissolved.

(4) All claims against the defendant City of Guin in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of August, 2006.


                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE